

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR EARLY STAGE ENTERPRISES, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

WRITER'S DIRECT TELEPHONE: (202) 205-7514          FAX NUMBER: (202) 205-6957

October 12, 2006

Mr. Peter T. Dalleo, Clerk of the Court                VIA UPS 2ND DAY DELIVERY
U.S. District Court for Delaware
844 North King Street, Lockbox 18
Wilmington, DE 19801

                                                       U. S. DISTRICT COURT - DE
                                                       MISC. CASE # 06-191

Re:   United States of America v. Early Stage Enterprises, L.P.
      Civil Action No. 06-3940 (MLC)

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the District of New Jersey, has taken exclusive jurisdiction of Early Stage Enterprises, L.P. ("Early Stage") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of EARLY STAGE may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for EARLY STAGE, stayed all legal proceedings involving EARLY STAGE, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to EARLY STAGE are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By:  _____
     Michele L. Pittman
     Chief, Corporate Liquidation and Receivership Operations
     Office of Liquidation